James P. Keenley (Bar No. 253106)
jkeenley@bkkllp.com
Emily A. Bolt (Bar No. 253109)
ebolt@bkkllp.com
Brian Henry Kim (Bar No. 215492)
bkim@bkkllp.com
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, CA 94705
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
SHARAREH IRAVANI


Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE COMPANY
(erroneously sued as UNUM LIFE INSURANCE
COMPANY OF AMERICA)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAREH IRAVANI, | Case No. 4:21-cv-09895-HSG |
| Plaintiff, | **JOINT STIPULATION RE STANDARD OF REVIEW AND DISCOVERY; ORDER THEREON** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178787.1

1

Case No. 4:21-cv-09895-HSG
JOINT STIP RE STANDARD OF REVIEW AND
DISCOVERY; ORDER

1    Plaintiff Sharareh Iravani ("Plaintiff") and Defendant First Unum Life Insurance Company
2  (erroneously sued as Unum Life Insurance Company of America) ("First Unum") (collectively the
3  "Parties"), by and through their respective counsel, hereby submit the following Stipulation
4  Regarding the Standard of Review.
5    1.    WHEREAS, this matter involves a claim for long-term disability benefits under an
6  employee welfare benefit plan (the "plan") governed by the Employee Retirement Income Security
7  Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq*.;
8    2.    WHEREAS, the Parties agree that this case is governed by ERISA;
9    3.    WHEREAS, one of the issues to be decided in an ERISA benefits case is whether the
10  standard of review is abuse of discretion or *de novo*;
11    4.    WHEREAS, the Parties have met and conferred and agree that the applicable standard
12  of review to be utilized on cross-motions for judgment in this case should be *de novo*, and that no
13  discovery will be conducted in this case;
14    5.    WHEREAS, the Parties' agreement as to the standard of review relates solely to this
15  particular case and does not give rise to any waiver or prejudice in any future cases brought against
16  First Unum and/or the plan.
17    Based on the foregoing, IT IS HEREBY STIPULATED, as follows:
18    The Parties agree that this Court shall apply a *de novo* standard of review in this case, and
19  that the Parties will not pursue discovery in this case.  This Stipulation regarding the appropriate
20  standard of review is specifically limited to the facts and circumstances of this particular case.
21
22    **IT IS SO STIPULATED.**

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178787.1

2

Case No. 4:21-cv-09895-HSG
JOINT STIP RE STANDARD OF REVIEW AND
DISCOVERY; ORDER

| | |
|---|---|
| Dated:  April 5, 2022 | BOLT KEENLEY KIM LLP<br>James P. Keenley<br>Emily A. Bolt<br>Brian H. Kim<br><br>By:   */s/ James P. Keenley*<br>         James P. Keenley<br>         Attorneys for Plaintiff<br>         SHARAREH IRAVANI |
| Dated:  April 5, 2022 | MESERVE, MUMPER & HUGHES LLP<br>Nicole Y. Blohm<br>Charles K. Chineduh<br><br>By:   */s/ Charles K. Chineduh*<br>         Charles K. Chineduh<br>         Attorneys for Defendant<br>         FIRST UNUM LIFE INSURANCE<br>         COMPANY (erroneously sued as UNUM LIFE<br>         INSURANCE COMPANY OF AMERICA) |

### **FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

### **O R D E R**

Based upon the Parties' Stipulation regarding the Standard of Review and no discovery, and finding good cause therefore, IT IS HEREBY ORDERED that the Court has accepted the Parties' stipulation and will employ the *de novo* standard of review in this case.

This Order regarding the appropriate standard of review is specifically limited to the facts and circumstances of this particular case.

**IT IS SO ORDERED.**

Dated:  4/5/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178787.1

3

Case No. 4:21-cv-09895-HSG
JOINT STIP RE STANDARD OF REVIEW AND DISCOVERY; ORDER