James P. Keenley (Bar No. 253106)
jkeenley@bkkllp.com
Emily A. Bolt (Bar No. 253109)
ebolt@bkkllp.com
Brian Henry Kim (Bar No. 215492)
bkim@bkkllp.com
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, CA 94705
Telephone: (510) 225-0696
Facsimile: (510) 225-1095

Attorneys for Plaintiff
SHARAREH IRAVANI

Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
FIRST UNUM LIFE INSURANCE COMPANY
(erroneously sued as UNUM LIFE INSURANCE
COMPANY OF AMERICA)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAREH IRAVANI, | Case No. 4:21-cv-09895-HSG |
| Plaintiff, | **JOINT STIPULATION FOR BRIEF CONTINUANCE OF BENCH TRIAL DATE; ORDER** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179257.1

1

Case No. 4:21-cv-09895-HSG
JOINT STIP TO CONTINUE BENCH TRIAL;
ORDER

TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Plaintiff SHARAREH IRAVANI ("Plaintiff") and Defendant FIRST UNUM LIFE INSURANCE COMPANY (erroneously sued herein as Unum Life Insurance Company of America) ("First Unum") (collectively the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation for a brief one (1) week continuance of the ERISA Bench Trial/Rule 52 hearing date from October 27, 2022 at 2:00 p.m., to November 3, 2022 at 2:00 p.m., as follows:

WHEREAS, on April 14, 2022, the Court issued a Scheduling Order setting forth a schedule or pretrial and trial dates/deadlines including setting a hearing date on the Parties cross-motions for judgment under Federal Rule of Civil Procedure 52 for October 27, 2022, at 2:00 p.m. (Dkt. No. 24);

WHEREAS, Nicole Y. Blohm, lead trial counsel for defendant First Unum, has a previously scheduled Bench Trial on October 27, 2022, in the case of *Doe v. Life Insurance Company of North America*, case number 3:21-cv-06279-JD before the Honorable James Donato conflicting with the date of the Rule 52 hearing/bench trial scheduled in this matter;

WHEREAS, counsel for Plaintiff and counsel for First Unum have met and conferred and have agreed to request that the Court briefly continue the Bench Trial by one (1) week, from October 27, 2022 at 2:00 p.m. to November 3, 2022 at 2:00 p.m., so that Ms. Blohm is available to appear;

WHEREAS, the Parties agree that the brief continuance sought will not prejudice any party or result in undue delay;

IT IS HEREBY STIPULATED by and between Plaintiff and First Unum, by and through their respective counsel of record, that the Rule 52 hearing/bench trial date currently scheduled for October 27, 2022 at 2:00 p.m. be continued to November 3, 2022 at 2:00 p.m.

**IT IS SO STIPULATED**.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

179257.1

2

Case No. 4:21-cv-09895-HSG
JOINT STIP TO CONTINUE BENCH TRIAL;
ORDER

| | | |
|---|---|---|
| 1 | Dated: July 20, 2022 | BOLT KEENLEY KIM LLP |
| 2 | | James P. Keenley<br>Emily A. Bolt |
| 3 | | Brian H. Kim |
| 4 | | |
| 5 | | By:   */s/ James P. Keenley*<br>       James P. Keenley |
| 6 | | Attorneys for Plaintiff<br>SHARAREH IRAVANI |
| 7 | | |
| 8 | Dated: July 20, 2022 | MESERVE, MUMPER & HUGHES LLP |
| 9 | | Nicole Y. Blohm<br>Charles K. Chineduh |
| 10 | | |
| 11 | | By:   */s/ Charles K. Chineduh* |
| 12 | | Charles K. Chineduh<br>Attorneys for Defendant |
| 13 | | FIRST UNUM LIFE INSURANCE<br>COMPANY (erroneously sued as UNUM LIFE<br>INSURANCE COMPANY OF AMERICA) |

**FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

179257.1

3

Case No. 4:21-cv-09895-HSG
JOINT STIP TO CONTINUE BENCH TRIAL;
ORDER

**ORDER**

The Court, having reviewed the Joint Stipulation to Continue Rule 52 hearing/bench trial date between Plaintiff SHARAREH IRAVANI and Defendant FIRST UNUM LIFE INSURANCE COMPANY finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the Bench Trial currently scheduled for October 27, 2022 at 2:00 p.m. is continued to November 3, 2022 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 7/20/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge