1James P. Keenley (Bar No. 253106)
Emily A. Bolt (Bar No. 253109)
Brian H. Kim (Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, California 94705
Telephone:  (510) 225-0696
Facsimile:  (510) 225-1095

Attorneys for Plaintiff
SHARAREH IRAVANI


Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
660 South Figueroa Street, Suite 1980
Los Angeles, California 90017
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAREH IRAVANI,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 4:21-cv-09895-HSG<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS; AND ORDER**<br><br>Current deadline:   September 29, 2023<br>Proposed deadline: October 30, 2023<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Plaintiff SHARAREH IRAVANI ("Plaintiff" or "Ms. Iravani") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life") (collectively "the Parties") hereby stipulate as follows:

WHEREAS, the Court entered Judgment in favor of Ms. Iravani in this case on September 15, 2023 (Doc. 43);

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

180907.1

1

Case No. 4:21-cv-09895-HSG
JOINT STIPULATION TO EXTEND TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS;
AND ORDER

1  WHEREAS, under the current deadline, the last day for Plaintiff to bring a motion seeking
2  attorneys' fees and costs is Friday, September 29, 2023;

3  WHEREAS, Plaintiff recently made a settlement demand and Defendant needs time to
4  analyze the supporting documents and respond to the demand.

5  WHEREAS, the Parties request additional time to meet and confer to resolve any dispute
6  regarding the attorney's fees, costs, and prejudgment interest in the hopes of avoiding motion
7  practice.

8  WHEREAS, good cause exists to extend the motion filing deadline because (1) the Parties
9  need more time to time to try to informally resolve the issues of fees, costs, and the interest rate on
10 retroactive benefits and avoid a motion; and (2) extending the deadline will allow the Parties to try
11 to informally resolve this issue without the unnecessary time of the Court and the Parties that a motion
12 would require.  Under the current filing deadline of September 29 2023, Plaintiff would need to begin
13 drafting the motion while the parties are negotiating, which would require unnecessary time and
14 expense;

15 WHEREAS, neither the Parties nor any party is prejudiced by this brief extension;

16 ACCORDINGLY, in order to provide the Parties with sufficient time to determine if the
17 issues of attorneys' fees and costs can be resolved through the meet and confer process, the Parties
18 stipulate and respectfully request that the Court extend the date by which Plaintiff can bring her
19 motion by thirty-one (31) days to from September 29, 2023 to October 30, 2023.

20

21 Dated:  September 27, 2023                James P. Keenley
                                            Emily A. Bolt
22                                          Brian H. Kim
                                            BOLT KEENLEY KIM LLP
23

24
                                            By:   */s/ James P. Keenley*
25                                                James P. Keenley
                                                  Attorneys for Plaintiff
26                                                SHARAREH IRAVANI

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

180907.1

2

Case No.  4:21-cv-09895-HSG
JOINT STIPULATION TO EXTEND TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS;
AND ORDER

| | |
|---|---|
| Dated: September 27, 2023 | Nicole Y. Blohm<br>MESERVE, MUMPER & HUGHES LLP<br><br>By:   */s/ Nicole Y. Blohm*<br>     Nicole Y. Blohm<br>     Attorneys for Defendant<br>     UNUM LIFE INSURANCE COMPANY<br>     OF AMERICA |

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

1 **ORDER**

2 Upon consideration of the Parties' Joint Stipulation, and good cause appearing, IT IS
3 HEREBY ORDERED that the deadline for Plaintiff Sharareh Iravani to file her motion for attorneys'
4 fees and costs is continued from September 29, 2023 to October 30, 2023.

6 Dated: 9/27/2023

Hon. Haywood S. Gilliam, Jr.
7 United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180907.1

4

Case No. 4:21-cv-09895-HSG
JOINT STIPULATION TO EXTEND TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS;
AND ORDER